2010-36136
FILED
June 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002718717

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE: )
**Terrases, Charisse Kathleen** )
**Terrases, Johnnie David** )
)
) Bankruptcy Case No.
)
)
)
Debtors. )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (please check and complete one):

☐ on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, **[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]**

*OR*

☐ typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, **[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]**

*OR*

☑ electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of **12** creditors, **[required with electronically filed petitions]**

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **June 19, 2010**

**/s/ Charisse Kathleen Terrases**          **/s/ Johnnie David Terrases**
Debtor's Signature                          Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 9/2004)

28

AFDC/CALWORKS
PO BOX 2320
Marysville, CA  95901

ALLIED CASH
224 9th Street
Marysville, CA  95901

ALLIED COLLECTION
7120 HAYVENHURST
VAN NUYS, CA  91406

CBA COLLECTION
25954 EDEN LANDING
HAYWARD, CA  94545

CENTURION FINANCE
115 ASCOT DR STE 120
ROSEVILLE, CA  95661

CHECK INTO CASH
1380 Franklin Rd
Yuma City, CA  95993

FIRST PREMEIR
601 MINNESOTA AVE
SIOUX FALLS, SD  57104

GE CAPITAL
PO BOX 981400
EL PASO, TX  79998

NORTH CREST COLLECTION
3700 MONTGOMERY
SANTA ROSA, CA  95405

PLAINS COMMERCE
2101 w 51st ste 34
SIOUX FALLS, SD  57105

RASH CURTIS
190 S ORCHARD AVE STE 250
VACAVILLE, CA  95688

ROYO EYE AND LASER CENTER
320 H Street Suite #4
Marysville, CA  95901