

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**6/22/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/19/10 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Case Number:** 10-36136 - B - 7

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

Charisse Kathleen Terrases
xxx-xx-4647

165 Via Bianca
Olivehurst, CA 95961

Johnnie David Terrases
xxx-xx-7981

165 Via Bianca
Olivehurst, CA 95961

| | | | |
|---|---|---|---|
| **Debtor's Attorney:** | Carl A. Lux<br>4449 Easton Way, 2nd Floor<br>Columbus, OH 43219 | **Trustee:** | Susan Didriksen<br>PO Box 1460<br>Shingle Springs, CA 95682 |
| **Telephone Number:** | 888-882-5610 | **Telephone Number:** | 530-232-6119 |

## MEETING OF CREDITORS

**Location:** Robert T Matsui United States Courthouse, 501 I Street, Room 7-A, 7th Floor, Sacramento, CA
**Date & Time:** 7/28/10   03:00 PM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** - See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** - Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
**9/27/10**
**Deadline to Object to Exemptions:**   Thirty (30) days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

## See Reverse Side For Important Explanations.

Dated:
6/22/10

For the Court,
Richard G. Heltzel , Clerk

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

--- **Refer to Other Side For Important Deadlines and Notices** ---

# CERTIFICATE OF NOTICE

```
District/off: 0972-2        User: admin             Page 1 of 1              Date Rcvd: Jun 22, 2010
Case: 10-36136              Form ID: b9a            Total Noticed: 16


The following entities were noticed by first class mail on Jun 24, 2010.
db/jdb      +Charisse Kathleen Terrases,   Johnnie David Terrases,   165 Via Bianca,
             Olivehurst, CA 95961-9302
aty         +Carl A. Lux,    4449 Easton Way, 2nd Floor,   Columbus, OH 43219-7005
tr          +Susan Didriksen,    PO Box 1460,   Shingle Springs, CA 95682-1460
17640778    +AFDC CALWORKS,    PO BOX 2320,   Marysville CA 95901-0082
17640779    +ALLIED CASH,    224 9th Street,   Marysville CA 95901-5368
17640780    +ALLIED COLLECTION,    7120 HAYVENHURST,   VAN NUYS CA 91406-3843
17640781    +CBA COLLECTION,    25954 EDEN LANDING,   HAYWARD CA 94545-3837
17640782    +CENTURION FINANCE,    115 ASCOT DR STE 120,   ROSEVILLE CA 95661-3437
17640783    +CHECK INTO CASH,    1380 Franklin Rd,   Yuma City CA 95993-4637
17640786    +NORTH CREST COLLECTION,    3700 MONTGOMERY,   SANTA ROSA CA 95405-5215
17640787     PLAINS COMMERCE,    2101 w 51st ste 34,   SIOUX FALLS SD 57105
17640788    +RASH CURTIS,    190 S ORCHARD AVE STE 250,   VACAVILLE CA 95688-3647
17640789    +ROYO EYE AND LASER CENTER,    320 H Street Suite 4,   Marysville CA 95901-5834

The following entities were noticed by electronic transmission on Jun 23, 2010.
tr          +EDI: QSDIDRIKSEN.COM Jun 22 2010 22:43:00      Susan Didriksen,    PO Box 1460,
             Shingle Springs, CA 95682-1460
smg          EDI: CALTAX.COM Jun 22 2010 22:48:00      Franchise Tax Board,   PO Box 2952,
             Sacramento, CA  95812-2952
17640784     EDI: AMINFOFP.COM Jun 22 2010 22:48:00      FIRST PREMIER,   601 MINNESOTA AVE,
             SIOUX FALLS SD 57104
17640785    +EDI: RMSC.COM Jun 22 2010 22:43:00      GE CAPITAL,   PO BOX 981400,   EL PASO TX 79998-1400
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2010                        Signature:    *Joseph Speetjens* (signed)