

| | |
|---|---|
| 1 | Carl A. Lux |
| 2 | 4449 Easton Way, 2nd Fl |
|   | Columbus, OH 43219 |
| 3 | (888) 882-5610 |
| 4 | _____ |
|   | Attorney for Debtor(s) |



**FILED**

JUL -7 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re  )
 )
Charisse Kathleen Terrases and Johnnie  )
David Terrases  )   Bankruptcy Case No. 10-36136-B-7
 )
 )
_____ )
          Debtor(s).  )

## ORDER ON DEBTOR(S) APPLICATION FOR WAIVER
## OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor(s) "*Application for Waiver of the Chapter 7 Filing Fee*," **IT IS ORDERED THAT** the application be:

[X] **GRANTED.**

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[ ] **DENIED.**

The debtor(s) shall pay the chapter 7 filing fee according to the following terms:

$ 75.00    on or before 7/19/10

$ 75.00    on or before 8/18/10

$ 75.00    on or before 9/17/10

$ 74.00    on or before 10/18/10

Until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. IF THE DEBTOR(S) FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE

| | |
|---|---|
| 1 | COURT MAY DISMISS THE DEBTOR(S) CHAPTER 7 CASE. |
| 2 | Payments shall be made by mail or in person at the address indicated below. DO |
| 3 | NOT send cash through the mail. NO PERSONAL CHECKS WILL BE |
| 4 | ACCEPTED. Use money orders or cashier's checks only, payable to "Clerk, U.S. |
| 5 | Bankruptcy Court." To insure proper credit, please include the debtor(s) name, the |
| 6 | case number, and the words "Filing Fee Installment Payment" on your money order |
| 7 | or cashier's check. |
| 8 | [ ] **SCHEDULED FOR HEARING.** |
| 9 | A hearing to consider the debtor(s) "*Application for Waiver of the Chapter 7 Filing Fee*" |
| 10 | shall be held on _____ at _____ am/pm at _____ |
| 11 | 501 I Street, 6th Floor, Courtroom 32, Sacramento, CA 95814 _____(location of hearing). |
| 12 | IF THE DEBTOR(S) FAILS TO APPEAR AT THE SCHEDULED HEARING, |
| 13 | THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR(S) CONSENT TO |
| 14 | THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY |
| 15 | DEFAULT. |
| 16 | [ ] AFTER HEARING dated _____. [ ] GRANTED [ ] DENIED |
| 17 | [ ] The income exceeds 150% of the applicable United States Department of Health |
| 18 | and Human Services (DHHS) poverty guideline. |
| 19 | [ ] Debtor(s) is/are not eligible for a fee waiver - 28USC §1930(f). |
| 20 | [ ] OTHER:_____ |
| 21 | _____ |
| 22 | |
| 23 | |
| 24 | |
| 25 | *Thomas C. Holman* |
| 26 | DATE: JUL - 6 2010      United States Bankruptcy Judge |
| 27 | |
| 28 | |