

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**7/7/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

jdas

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:　10-36136 - B - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Charisse Kathleen Terrases
xxx-xx-4647

165 Via Bianca
Olivehurst, CA 95961

Johnnie David Terrases
xxx-xx-7981

165 Via Bianca
Olivehurst, CA 95961

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on July 7, 2010 . The document number and docket text for this order are set forth below.

　　[12] - Order Granting [5] Motion/Application for Waiver of the Chapter 7 Filing Fee or Other Fee. (jdas)

Dated:
7/7/10

For the Court,
Richard G. Heltzel , Clerk